UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cr-00328-YGR-1/3/5/7
Case Name: USA v. Cervantes et al

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Mari Overbeck, Leif Dautch, and Aseem Padukone | DEFENSE ATTORNEY: John Paul Reichmuth (Cervantes); Erik Babcock and Shawn Halbert (Perez); Brian Getz (Solorio); Marsanne Weese and Nathaniel Torres (Franco) |
|---|---|---|
| DATE: August 5, 2024 | REPORTER: Raynee Mercado | CLERK: Edwin Cuenco |
| TIME IN COURT: 5 hours 5 minutes | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:02 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. Defense objection to testimony of FBI Special Agent Laura Mruk and related exhibits are argued and submitted. | |
| | | 8:52 am | | | Bench conference with Ms. Halbert and AUSA Dautch. | |
| | | 8:55 am | | | The Court is in recess. | |
| | | 9:39 am | | | Court is reconvened. The defense objection to FBI Special Agent Laura Mruk is overruled. Ms. Weese' 403 objection is overruled. | |
| | | 10:06 am | | | Witness Mr. Duane Jefferson is recalled. | |
| | | 10:09 am | | | The jury enters the courtroom. Cross examination of Mr. Jefferson by Mr. Getz. | |
| | 670A | | x | | Transcript of Interview of Mr. Duane Jefferson dated May 26, 2022; page 70 line 11. | |
| | | 11:49 am | | | The jury takes a break. | |
| | | 11:50 am | | | The witness takes a break. The Court is in recess. | |
| | | 12:09 pm | | | Court is reconvened. | |
| | | 12:12 pm | | | Mr. Jefferson re-takes the stand. | |
| | | 12:14 pm | | | The jury reenters the courtroom. Cross examination of Mr. Jefferson by Ms. Halbert. | |
| | 677A | | x | | Transcript of Interview of Mr. Duane Jefferson dated April 5, 2023; page 29 line 10 to page 30 line 14. | |

1

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 670A |  | x |  | Transcript of Interview of Mr. Duane Jefferson dated May 26, 2022; page 64 lines 9-22. |  |
|  | 670A-1 |  | x |  | Audio clip. Transcript of Interview of Mr. Duane Jefferson dated May 26, 2022; 88.21 to 89.05. |  |
|  | 680-1 |  | x |  | Audio clip. Transcript of Interview of Mr. Duane Jefferson. |  |
|  | 681-1 |  | x |  | Audio clip. Transcript of Interview of Mr. Duane Jefferson. |  |
|  |  | 1:02 pm |  |  | Redirect examination of Mr. Jefferson by AUSA Overbeck. |  |
|  |  | 1:13 pm |  |  | Recross examination of Mr. Jefferson by Mr. Getz. |  |
|  |  | 1:16 pm |  |  | Recross examination of Mr. Jefferson by Ms. Halbert. |  |
|  |  | 1:21 pm |  |  | Recross examination of Mr. Jefferson by Mr. Reichmuth. |  |
|  |  | 1:25 pm |  |  | Redirect examination of Mr. Jefferson by AUSA Overbeck. |  |
|  |  | 1:27 pm |  |  | Recross examination of Mr. Jefferson by Ms. Halbert. |  |
|  |  | 1:28 pm |  |  | Recross examination of Mr. Jefferson by Mr. Reichmuth. |  |
|  |  | 1:29 pm |  |  | Redirect examination of Mr. Jefferson by AUSA Overbeck. |  |
|  |  | 1:32 pm |  |  | Recross examination of Mr. Jefferson by Ms. Halbert. |  |
|  |  | 1:34 pm |  |  | The jury is admonished and excused until August 6, 2024, at 8:30 am. |  |
|  |  | 1:35 pm |  |  | Mr. Jefferson is admonished, reminded that he is not yet excused and will be subject to recall by the Court. Matters are discussed outside the presence of the jury. |  |
|  |  | 2:10 pm |  |  | The Court is in recess. Jury Trial is continued to Tuesday, August 6, 2024, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury). A status conference is set via videoconference on August 5, 2024, at 5:00 p.m.; all defendants waive appearances. |  |