**FILED**

SEP 12 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO, AND TRINIDAD MARTINEZ,<br><br>Defendants. | PARTY CERTIFICATION RE: EXHIBITS DELIVERED TO JURY<br><br>Case No. 21-cr-328-YGR-1<br>Case No. 21-cr-328-YGR-3<br>Case No. 21-cr-328-YGR-5<br>Case No. 21-cr-328-YGR-6<br>Case No. 21-cr-328-YGR-7 |

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name) _____     (Party Name) *George Franco*

_____                             *[signatures]*

Signature (Plaintiff's Attorney)                          Signature (Defense Attorney)