UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | PARTY CERTIFICATION RE: EXHIBITS DELIVERED TO JURY |
|---|---|
| Plaintiff, | |
| v. | Case No. 21-cr-328-YGR-1 |
| DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, AND GEORGE FRANCO, | Case No. 21-cr-328-YGR-3 Case No. 21-cr-328-YGR-5 Case No. 21-cr-328-YGR-7 |
| Defendants. | |

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

(Party Name)  United States of America          (Party Name)

*Leif Dautch*

Signature (Plaintiff's Attorney)                  Signature (Defense Attorney)