MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RAVI T. NARAYAN (CABN 331858)
Deputy Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
LEIF DAUTCH (CABN 283975)
ASEEM PADUKONE (CABN 298812)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov
    leif.dautch@usdoj.gov
    aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-328-EJD-20 |
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM FOR CRISTIAN MORA** |
| v. | Date: February 25, 2025 |
| CRISTIAN MORA, | Time: 2:00 p.m. |
| Defendant | Court: Hon. Edward J. Davila |

Cristian Mora pleaded guilty to one count of conspiracy to distribute and possess with intent to distribute methamphetamine, a charge that arose out of a larger investigation into San Jose-based Norteño street gangs and the affiliated Nuestra Familia prison gang. *See* U.S. Probation's Presentence Investigation Report ("PSR") at ¶ 2. Specifically, on March 11, 2021, Mora delivered one pound of methamphetamine to an individual in Menlo Park on behalf of incarcerated co-defendant Edgardo Rodriguez. *Id.* at ¶ 33. The money for those narcotics was later paid to co-defendant Anaelisa Cuevas. *Id*. Based on lab results, the substance that Mora delivered tested positive for methamphetamine hydrochloride, with a net weight of 444 grams and 98% purity (amounting to 435 grams of pure meth). *Id.* at ¶ 34. This followed a prior federal drug trafficking conviction for Mora in 2012.

The government agrees with Probation that Mora's Base Offense Level is 32 based on the weight of the methamphetamine. PSR at ¶ 39. The government questions the applicability of the "minor participant" reduction (and the associated additional 2-point reduction under U.S.S.G. § 2D1.1(a)(5) noted by defense counsel) given that Mora personally delivered a pound of methamphetamine to its intended recipient. *Id*. at ¶ 42. However, given the ultimate sentencing recommendation, the government does not object to either reduction. Further accounting for acceptance of responsibility, the Total Offense Level would be 25. *See* ECF No. 1774 (Defense Sentencing Memo at 3). When paired with a Criminal History Category of III (5 points), the advisory Guidelines range is 70-87 months.

Without minimizing the seriousness of Mora's criminal conduct, and the particular harm that drug-dealing on behalf of the Nuestra Familia poses to the community, the government joins Probation and the defense in recommending a sentence of time served, with four years of supervised release. Weighing the section 3553(a) factors, the government believes this is an appropriate sentence for three reasons. First, given Mora's progress in the Conviction Alternatives Program (CAP), public safety is best served by Mora's continued rehabilitation out of custody and work toward sobriety, which the government accepts was a major cause of his criminal conduct. That progress is better preserved and built upon through Mora's transition from the CAP program to a lengthy period of supervision, rather than by a period of incarceration. Second, the government notes that a time-served sentence for a drug courier would avoid unwanted disparities in this case, as it matches the sentences received by similarly-situated co-defendants Martin Ruppel and Anaelisa Cuevas. PSR at ¶¶ 9, 12. Finally, the government

takes seriously its duty to protect the public and is concerned by Mora's 2024 arrest for driving under the influence of alcohol. PSR at ¶ 54. While Mora was not involved in a car accident, and no one was injured on that occasion, an average of 4 people die *every day* in California from alcohol-involved car crashes. *See* "Alcohol-Impaired Driving," California Office of Traffic Safety, available at <https://www.ots.ca.gov/grants/alcohol-impaired-driving/> (as of Feb. 18, 2025). But the government believes that that risk to the public is best mitigated through continued treatment and rehabilitation for Mora. And of course, any future misconduct can be addressed through the Form 12 petition process, including the possibility of incarceration.

      Therefore, for all of these reasons, the government joins Probation and the defense in recommending that Mora be sentenced to a term of time served, with four years of supervised release and a mandatory special assessment of $100.

DATED: February 18, 2025                              Respectfully submitted,

MARTHA BOERSCH
Chief, Criminal Division

     /s/
MARJA-LIISA OVERBECK
LEIF DAUTCH
ASEEM PADUKONE
Assistant United States Attorneys